UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/21
```

In re Basic Food Group, LLC,

                  Debtor,

21-cv-246 (AJN)

Jae Ho Lee, *et al.*,

                  Appellants,

ORDER

         -v-

Samuel Ahne, *et al.*,

                  Appellees.

ALISON J. NATHAN, District Judge:

      This bankruptcy appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, the Appellants must file their opening brief within thirty days after docketing of notice that the record has been transmitted; the Appellees must file their opposition brief within thirty days of service of the opening brief, and the Appellants may file a reply brief within fourteen days of service of the opposition brief.

      SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                                ALISON J. NATHAN
                                           United States District Judge