USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/152/4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Basic Food Group, LLC,<br><br>                    Debtor,<br><hr><br>Jae Ho Lee, *et al.*,<br><br>                    Appellants,<br><br>         -v-<br><br>Samuel Ahne, *et al.*,<br><br>                    Appellees. | 21-cv-246 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

    The Appellants' reply brief was due June 3, 2021. The Appellants shall file their reply brief by August 6, 2021, or the Court will consider this appeal fully briefed.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                   ALISON J. NATHAN
                              United States District Judge